JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BOHLKE, | ) | Case No.  16-cv-05386-PA-JPR |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DISMISSAL |
| vs. | ) | |
| | ) | |
| DIVERSIFIED CONSULTANTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the Stipulation to Dismiss filed by Plaintiff Robert Bohlke and Defendant Diversified Consultants, Inc., this action is dismissed in its entirety with prejudice.  Each party is to bear its own costs.

**IT IS SO ORDERED.**

Dated:  November 8, 2016

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Order Granting Dismissal

1